[No. 11376–7–II.   Division Two.   June 8, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. MANUEL CATHERS, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. 84–1–00095–3, James B. Sawyer II, J., entered May 28, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Worswick, J.

[No. 9000–1–III.   Division Three.   June 8, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. MIGUEL OCHOA HERNANDEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 87–1–50269–7, Duane E. Taber, J., entered December 8, 1987. *Affirmed* by unpublished opinion per Munson, A.C.J., concurred in by Green and Shields, JJ.

[No. 9116–3–III.   Division Three.   June 8, 1989.]

THE CITY OF SPOKANE, *Petitioner,* v. DANIEL W. KRUGER, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 87–1–00677–9, Michael E. Donohue, J., entered January 21, 1988. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Shields, J.